IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANPREET SINGH,

      Petitioner,

v.                                                      No. 2:26-cv-00103-SMD-DLM

DORA CASTRO, MARY DE ANDA-YBARRA,
TODD M. LYONS, PAM BONDI, and KRISTI NOEM

      Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Manpreet Singh's Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, filed on January 20, 2026, Order to Show Cause (Doc. 4), and Motion for a Temporary Restraining Order (Doc. 5). Petitioner is a citizen of India and is in Immigration and Customs Enforcement's ("ICE's") custody at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 ¶ 5.

Petitioner entered the United States without inspection on February 19, 2022. *Id.* ¶ 1. Petitioner underwent a danger and flight risk assessment through the Department of Homeland Security ("DHS") on February 22, 2022. *Id.* ¶ 41. DHS released Petitioner on his own recognizance. *Id.* Petitioner filed an asylum application in April of 2022. *Id.* ¶ 42. On December 22, 2025, ICE detained petitioner following a routine check-in with DHS. *Id.* ¶ 46. Since then, Petitioner has gained employment authorization and has no criminal history. *Id.* ¶¶ 39, 44. Petitioner is charged with, inter alia, inadmissibility under 8 U.S.C. § 212(a)(6)(A)(i). *Id.* ¶ 3. Petitioner challenges his ongoing detention on the basis that he has not been afforded the chance

to be released on bond in contravention of 8 U.S.C. § 1226, the bond regulations outlined 8 C.F.R. § 236.1, and the Fifth Amendment. *Id.* ¶¶ 49–69.

This Court has jurisdiction under 28 U.S.C. § 2241. The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's Fifth Amendment rights. *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976). Accordingly, the Court orders Respondents to answer the Petition (Doc. 1), the Order to Show Cause (Doc. 4), and the Motion for a Temporary Restraining Order (Doc. 5).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than February 24, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted. If Petitioner elects to file an optional reply, he must do so within seven of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Manpreet Singh from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

**IT IS FURTHER ORDERED** that the Clerk's Office shall serve Respondents pursuant to this District's Standing Order Regarding Service of Process in Immigration Habeas Petitions filed Pursuant to 28 U.S.C. § 2241. Case 1:26-mc-00004, ECF No. 3 (D.N.M. Jan. 28, 2026).

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**